1  Ronald L. Richman, SBN 139189
   Dan Liu, SBN 266107
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: dan.liu@bullivant.com

6  Attorneys for Third Party Claimant
   University Bank

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 Cat Trail Capital, LLC,                    Case No.: 3:10-mc-80234 CRB

11               Plaintiff,                   **THIRD PARTY CLAIMANT
                                              UNIVERSITY BANK'S REQUEST FOR
12       vs.                                  ORDER DIRECTING THE LEVYING
                                              OFFICER, US MARSHALL, NORTHERN
13 Promia, Incorporated,                      DISTRICT OF CALIFORNIA, TO
                                              PROVIDE NOTICE OF SALE OF
14               Defendant.                   PROPERTY UNDER WRIT OF
                                              EXECUTION; ORDER THEREON**
15

16       TO:  U.S Marshall, Northern District of California:

17       It is hereby requested that Third Party Claimant University Bank be given notice by mail

18 and e-mail (electronic mail) of the sale of all property subject to levy under a writ of execution

19 issued under the Judgment rendered in the United States District Court, Northern District of

20 California, entitled <u>Cat Trail Capital, LLC v. Promia, Incorporated,</u> Case No. 3:10-mc-80235

21 CRB including, but not limited to, the following: <u>All non-exempt property of the judgment</u>

22 <u>debtor located on the premises of 160 Spear Street, Suite 320, San Francisco, California, or any</u>

23 <u>other premises operated by or on behalf of Promia, Incorporated, to which the levying officer is</u>

24 <u>directed to, including but not limited to tangible property, accounts receivable, chattel paper,</u>

25 <u>instruments, negotiable documents of title, intellectual property, securities and general</u>

26 <u>intangibles.</u> Copies of the Writ of Execution and Notice of Levy are attached hereto as <u>Exhibits</u>

27 <u>A and B,</u> respectively.

28

                                    – 1 –

1      The Certification of Judgment was filed in this Court on September 22, 2010.

2 The mailing addresses to which the above-requested notice of sale should be mailed are as

3 follows:

4      Lisa Bonsall
     McCarter & English, LLP

5      100 Mulberry Street, Four Gateway Center
     Newark, NJ 07102

6

7      Ronald L. Richman
     Bullivant Houser Bailey PC

8      601 California Street, Suite 1800
     San Francisco, California  94108

9      E-mail notification should be sent to the following e-mail addresses:

10      lbonsall@mccarter.com

11      ron.richman@bullivant.com

12 DATED:  November 8, 2010

13                                  BULLIVANT HOUSER BAILEY PC

14

15                               By

16                                   Ronald L. Richman
                                  Dan Liu

17                                Attorneys for Third Party Claimant
                             University Bank

18

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

UNIVERSITY BANK'S REQUEST FOR NOTICE OF SALE OF PROPERTY; ORDER THEREON

**ORDER**

Based on the above and good cause appearing:

IT IS HEREBY ORDERED that the Levying Officer, U.S. Marshall, Northern District of California, give notice to Third Party Claimant University Bank by mail and e-mail (electronic mail) of the sale of all property subject to levy under a writ of execution issued under the Judgment rendered in the United States District Court, Northern District of California, entitled <u>Cat Trail Capital, LLC v. Promia, Incorporated,</u> Case No. CV 10 80 234 CRB including, but not limited to, the following: <u>All non-exempt property of the judgment debtor located on the premises of 160 Spear Street, Suite 320, San Francisco, California, or any other premises operated by or on behalf of Promia, Incorporated, to which the levying officer is directed to, including but not limited to tangible property, accounts receivable, chattel paper, instruments, negotiable documents of title, intellectual property, securities and general intangibles.</u>

Notice shall be sent by mail to:

Lisa Bonsall
McCarter & English, LLP
100 Mulberry Street, Four Gateway Center
Newark, NJ 07102

Ronald L. Richman
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California  94108

E-mail notification should be sent to the following e-mail addresses:

lbonsall@mccarter.com

ron.richman@bullivant.com

DATED:  November __16_, 2010

By _____
HON.
UNITED                                    GE



IT IS SO ORDERED

Judge Charles R. Breyer

12918812.1

– 3 –

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO. | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☐ RECORDING REQUEST BY AND RETURN TO:<br>Cat Trail Capital, LLC<br>*c/o* Ellen Friedman (SBN 127684), Friedman Dumas & Springwater LLP<br>150 Spear Street, Suite 1600, San Francisco, CA 94105<br>☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 450 Golden Gate Ave

CITY AND ZIP CODE: San Francisco, CA 94102

BRANCH NAME:

PLAINTIFF: Cat Trail Capital, LLC

DEFENDANT: Promia Incorporated

| WRIT OF   ☒ EXECUTION (Money Judgment)<br>☐ POSSESSION OF   ☐ Personal Property<br>☐            ☐ Real Property<br>☐ SALE | CASE NUMBER:<br>CV 10 80 234 MISC<br><br>*FOR COURT USE ONLY* |
|---|---|

1. To the Sheriff or any Marshal or Constable of the County of:  San Francisco

    You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2.  To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):*  Cat Trail Capital, LLC

    is the   ☒ judgment creditor   ☐ assignee of record
whose address is shown on this form above the court's name.

| 4. Judgment debtor *(name and last known address):*<br><br>Promia, Incorporated<br>160 Spear Street, Suite 320<br>San Francisco, CA 94105<br><br><br><br><br>☐ additional judgment debtors on reverse | 9. ☐ See reverse for information on real or personal property to be delivered under a writ<br>    of possession or sold under a writ of sale.<br>10. ☐ This writ is issued on a sister-state judgment. | |
|---|---|---|

| 11. Total judgment ......................................$ | 1,904,148.60 |
|---|---|
| 12. Costs after judgment (per filed order or memo CCP 685.090......................$ | 0.00 |
| 13. Subtotal (add 11 and 12)..........................$ | 1,904,148.60 |
| 14. Credits..................................................$ | 0.00 |
| 15. Subtotal (subtract 14 from 13)...................$ | 1,904,148.60 |
| 16. Interest after judgment (per filed affidavit CCP 685.050)................................$ | 1,083.40 |
| 17. Fee for issuance of writ............................$ | 39.00 |
| 18. Total (add 15, 16, and 17)........................$ | 1,905,271.00 |
| 19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of....................$ | 14.07 |

5. Judgment entered on *(date):*  July 27, 2010

6. ☐ Judgment renewed on *(dates):*

7. Notice of sale under this writ
    a. ☒ has not been requested.
    b. ☐ has been requested *(see reverse).*

8. ☐ Joint debtor information on reverse.

20. ☐ The amounts called for in items 11-19 are different for each debtor.
    These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

| (SEAL) | Issued on *(date):*<br><br>10-13-10 | Clerk, by  Gloria Acevedo , Deputy |
|---|---|---|

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

| (Continued on reverse) | WRIT OF EXECUTION<br>CCP 699.520, 712.010, 715.010<br>EJ-130 REV 1/89 |
|---|---|

2001 © American LegalNet, Inc.

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Cat Trail Capital, LLC v. Promia, Incorporated | CV 10 80 234 MISC |

CONTINUED FROM FRONT:

[ ]  Additional judgment debtor *(name and last known address)*:

[ ]  Notice of sale has been requested by *(name and address)*:

[ ]  Joint debtor was declared bound by the judgment (CCP 989-994)
a. on *(date)*:
b. name and address of joint debtor

a. on *(date)*:
b. name and address of joint debtor

c. [ ]  additional costs against certain joint debtor: *(itemize)*:

[ ]  Judgment was entered for the following:
a. [ ]  Possession of personal property
[ ]  If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
b. [ ]  Possession of real property
c. [ ]  Sale of personal property
d. [ ]  Sale of real property
e. Description of property

---

**- NOTICE TO PERSON SERVED -**

Writ of execution or sale.   Your rights and duties are indicated on the accompanying Notice of Levy.

Writ of possession of personal property.   If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a  money judgment for the value of the property specified in the judgment or in a supplemental order.

Writ of possession of real property.   If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

---

J-130 (REV. Jan. 1, 1989)                    WRIT OF EXECUTION                    Page two

2001 © American LegalNet, Inc.

# EXHIBIT B

**EJ-150**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TEL NO.: |
|---|---|

Recording requested by and return to:

Ellen A. Friedman, SBN 127684        415-834-3800
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

[✓] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**FILED**

OCT 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAME OF COURT: U.S. District Court, N.D. California
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

FOR RECORDER'S USE ONLY
LEVYING OFFICER *(Name and Address)*:

PLAINTIFF: Cat Trail Capital, LLC

DEFENDANT: Promia Incorporated

| **NOTICE OF LEVY**<br>under Writ of   [✓] Execution (Money Judgment)   [ ] Sale | LEVYING OFFICER FILE NO.: | COURT CASE NO.:<br>cv1080234MISC |
|---|---|---|

**TO THE PERSON NOTIFIED** *(name)*: Promia Incorporated
160 Spear Street, Suite 320, San Francisco, CA 64105

1.  The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
    a.  Judgment debtor *(name)*: Promia Incorporated
    b.  The property to be levied upon is described
        [ ] in the accompanying writ of possession or writ of sale.
        [✓] as follows:
            All non-exempt property of the judgment debtor located on the premises of 160 Spear Street, Suite 320, San Francisco, California, including but not limited to tangible property, accounts receivable, chattel paper, instruments, negotiable documents of title, securities and general intangibles.

2.  The amount necessary to satisfy the judgment creditor's judgment is:
    a.  Total amount due (less partial satisfactions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,905,271.00
    b.  Levy fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $20.00
    c.  Sheriff's disbursement fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0
    d.  Recoverable costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0
    e.  **Total** *(a through d)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,905,291.00 plus interest
    f.  Daily interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $14.07

3.  You are notified as
    a.  [✓] a judgment debtor.
    b.  [ ] a person other than the judgment debtor *(state capacity in which person is notified)*:

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

Notice of Levy was
[ ] mailed on *(date)*:
[ ] delivered on *(date)*:
[ ] posted on *(date)*:
[ ] filed on *(date)*:
[ ] recorded on *(date)*:

Date:

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE)
[ ] Levying officer        [ ] Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. January 1, 2002]

**NOTICE OF LEVY**
**(Enforcement of Judgment)**

Code of Civil Procedure, § 699.540

| SHORT TITLE: | | LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|---|---|
| Cat Trail Capital, LLC v. Promia Incorporated | | | cv1080234MISC |

## – INFORMATION FOR JUDGMENT DEBTOR –

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. You may claim any available exemption for your property. A list of exemptions is attached. **If you wish to claim an exemption for personal property, you must do so within 10 days after this notice was delivered to you or 15 days after this notice was mailed to you** by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. **If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

3. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

4. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

5. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

6. All sales at an execution sale are final; there is no right of redemption.

## – INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR –

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to sections 720.010–720.800 of the Code of Civil Procedure.

4. **Make checks payable to the levying officer.**

**NOTICE OF LEVY**
**(Enforcement of Judgment)**

## EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

EJ-155

The following is a list of assets that may be exempt from levy on a judgment.

Exemptions are found in the United States Code (**USC**) and in the California codes, primarily the Code of Civil Procedure (**CCP**).

Because of periodic changes in the law, the list may not include all exemptions that apply in your case. The exemptions may not apply in full or under all circumstances. Some are not available after a certain period of time. You or your attorney should read the statutes.

If you believe the assets that are being levied on are exempt, file a claim of exemption form, which you can get from the levying officer.

> AMOUNT OF EXEMPTIONS:  A list of the amounts of exemptions from a judgment under CCP § 703.150 starting on  April 1, 2004, is available from the clerk of the court and on the California Courts Web site at *www.courtinfo.ca.gov*.  Except as otherwise provided, the dollar amounts of the exemptions will be adjusted thereafter at three-year intervals on April 1, and the adjusted amounts will become effective immediately on that date.

| Type of Property | Code and Section | Type of Property | Code and Section |
|---|---|---|---|
| Accounts (See Deposit Accounts) | | Benefit Payments (cont.) | |
| Appliances . . . . . . . . . . . . . . . . . . . . | CCP § 704.020 | Relocation Benefits . . . . . . . . . . . | CCP § 704.180 |
| Art and Heirlooms . . . . . . . . . . . . . . . | CCP § 704.040 | Retirement Benefits | |
| Automobiles . . . . . . . . . . . . . . . . . . | CCP § 704.010 | and Contributions: | |
| BART District Benefits . . . . . . . . . . | CCP § 704.110 | Private . . . . . . . . . . . . . . . . . . . | CCP § 704.115 |
| | Pub Util C § 28896 | Public . . . . . . . . . . . . . . . . . . . | CCP § 704.110 |
| | | Segregated Benefit Funds . . . | Ins C § 10498.5 |
| Benefit Payments: | | Social Security Benefits . . . . . . . . . | 42 USC § 407 |
| BART District Benefits . . . . . . . . . | CCP § 704.110 | Strike Benefits . . . . . . . . . . . . . . . | CCP § 704.120 |
| | Pub Util C § 28896 | Transit District Retirement | |
| Charity . . . . . . . . . . . . . . . . . . . . | CCP § 704.170 | Benefits (Alameda and | |
| Civil Service Retirement | | Contra Costa Counties) . . . . . . | CCP § 704.110 |
| Benefits (Federal) . . . . . . . . . | 5 USC § 8346 | | Pub Util C § 25337 |
| County Employees | | Unemployment Benefits | |
| Retirement Benefits . . . . . . . . | CCP § 704.110 | and Contributions . . . . . . . . . . | CCP § 704.120 |
| | Govt C § 31452 | Veterans Benefits . . . . . . . . . . . . . | 38 USC § 3101 |
| Disability Insurance Benefits . . . . | CCP § 704.130 | Veterans Medal of Honor | |
| Fire Service Retirement | | Benefits. . . . . . . . . . . . . . . . . | 38 USC § 562 |
| Benefits. . . . . . . . . . . . . . . . . | CCP § 704.110 | Welfare Payments . . . . . . . . . . . . | Welf & I C § 17409 |
| | Govt C § 32210 | Workers Compensation . . . . . . . . | CCP § 704.160 |
| Fraternal Organization | | Boats . . . . . . . . . . . . . . . . . . . . . . . | CCP § 704.060 |
| Funds Benefits . . . . . . . . . . . | CCP § 704.130 | | CCP § 704.710 |
| | CCP § 704.170 | Books. . . . . . . . . . . . . . . . . . . . . . . | CCP § 704.060 |
| Health Insurance Benefits . . . . . . . | CCP § 704.130 | Building Materials (Residential) . . . . | CCP § 704.030 |
| Irrigation System | | Business: | |
| Retirement Benefits . . . . . . . . . | CCP § 704.110 | Licenses . . . . . . . . . . . . . . . . . | CCP § 695.060 |
| Judges Survivors Benefits | | | CCP § 699.720(a)(1) |
| (Federal) . . . . . . . . . . . . . . | 28 USC § 376(n) | Tools of Trade . . . . . . . . . . . . | CCP § 704.060 |
| Legislators Retirement | | Cars and Trucks (including | |
| Benefits. . . . . . . . . . . . . . . . . | CCP § 704.110 | proceeds) . . . . . . . . . . . . . . . | CCP § 704.010 |
| | Govt C § 9359.3 | Cash . . . . . . . . . . . . . . . . . . . . . . . | CCP § 704.070 |
| Life Insurance Benefits: | | Cemeteries: | |
| Group . . . . . . . . . . . . . . . . . . . | CCP § 704. 100 | Land Proceeds . . . . . . . . . . . . . | Health & SC § 7925 |
| Individual . . . . . . . . . . . . . . . . | CCP § 704. 100 | Plots . . . . . . . . . . . . . . . . . . . . | CCP § 704.200 |
| Lighthouse Keepers | | Charity . . . . . . . . . . . . . . . . . . . . . | CCP § 704.170 |
| Widows Benefits . . . . . . . . . . | 33 USC § 775 | Claims, Actions and Awards: | |
| Longshore & Harbor Workers | | Personal Injury . . . . . . . . . . . . . | CCP § 704.140 |
| Compensation or Benefits . . . . | 33 USC § 916 | Worker's Compensation . . . . . . . | CCP § 704.160 |
| Military Benefits: | | Wrongful Death . . . . . . . . . . . . . | CCP § 704.150 |
| Retirement . . . . . . . . . . . . . . . | 10 USC § 1440 | Clothing . . . . . . . . . . . . . . . . . . . . | CCP § 704.020 |
| Survivors . . . . . . . . . . . . . . . . | 10 USC § 1450 | Condemnation Proceeds . . . . . . . . . | CCP § 704.720(b) |
| Municipal Utility District | | County Employees Retirement | |
| Retirement Benefits . . . . . . . . . | CCP § 704.110 | Benefits . . . . . . . . . . . . . . . . . . | CCP § 704.110 |
| | Pub Util C § 12337 | | Govt C § 31452 |
| Peace Officers Retirement | | Damages (See Personal Injury | |
| Benefits . . . . . . . . . . . . . . . . . | CCP § 704.110 | and Wrongful Death) | |
| | Govt C § 31913 | Deposit Accounts: | |
| Pension Plans | | Escrow or Trust Funds . . . . . . . . | Fin C § 17410 |
| (and Death Benefits): | | Social Security Direct | |
| Private . . . . . . . . . . . . . . . . . . | CCP § 704.115 | Deposits . . . . . . . . . . . . . . . | CCP § 704.080 |
| Public . . . . . . . . . . . . . . . . . . . | CCP § 704.110 | | |
| Public Assistance . . . . . . . . . . . . | CCP § 704.170 | | |
| | Welf & I C § 17409 | | |

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-155 [Revised January 1, 2005]

**EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS**

Code of Civil Procedure,
§§ 681.030(c), 700.010
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

## EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

(Continued)

| Type of Property | Code and Section | Type of Property | Code and Section |
|---|---|---|---|
| Direct Deposit Account: | | Municipal Utility District | |
|   Social Security . . . . . . . . . . . . . | CCP § 704.080 |   Retirement Benefits . . . . . . . . . . . | CCP § 704.110 |
| Disability Insurance Benefits . . . . . . . | CCP § 704.130 | | Pub Util C § 12337 |
| Dwelling House . . . . . . . . . . . . . . . | CCP § 704.740 | Peace Officers Retirement | |
| Earnings . . . . . . . . . . . . . . . . . . . . | CCP § 704.070 |   Benefits . . . . . . . . . . . . . . . . . . | CCP § 704.110 |
| | CCP § 706.050 | Pension Plans: | Govt C § 31913 |
| | 15 USC § 1673(a) |   Private . . . . . . . . . . . . . . . . . . | CCP § 704.115 |
| Educational Grant . . . . . . . . . . . . . . | Ed C § 21116 |   Public . . . . . . . . . . . . . . . . . . . | CCP § 704.110 |
| Employment Bonds . . . . . . . . . . . . . | Lab C § 404 | Personal Effects . . . . . . . . . . . . . . . | CCP § 704.020 |
| Financial Assistance: | | Personal Injury Actions | |
|   Charity . . . . . . . . . . . . . . . . . | CCP § 704.170 |   or Damages . . . . . . . . . . . . . . . | CCP § 704.140 |
|   Public Assistance . . . . . . . . . . | CCP § 704.170 | Prisoner's Funds . . . . . . . . . . . . . . . | CCP § 704.090 |
| | Welf & I C § 17409 | Property Not Subject to | |
|   Student Aid . . . . . . . . . . . . . . | CCP § 704.190 |   Enforcement of Money | |
|   Welfare (See Public | |   Judgments . . . . . . . . . . . . . . . . | CCP § 704.210 |
|     Assistance) | | Prosthetic and Orthopedic | |
| Fire Service Retirement . . . . . . . . . . | CCP § 704.110 |   Devices . . . . . . . . . . . . . . . . . | CCP § 704.050 |
| | Govt C § 32210 | Provisions (for Residence) . . . . . . . . | CCP § 704.020 |
| Fraternal Organizations | | Public Assistance . . . . . . . . . . . . . . | CCP § 704.170 |
|   Funds and Benefits . . . . . . . . . | CCP § 704.130 | | Welf & I C § 17409 |
| | CCP § 704.170 | Public Employees: | |
| Fuel for Residence . . . . . . . . . . . . . | CCP § 704.020 |   Death Benefits . . . . . . . . . . . | CCP § 704.110 |
| Furniture . . . . . . . . . . . . . . . . . . . . | CCP § 704.020 |   Pension . . . . . . . . . . . . . . . . | CCP § 704.110 |
| General Assignment for | |   Retirement Benefits . . . . . . . . . | CCP § 704.110 |
|   Benefit of Creditors . . . . . . . . . | CCP § 1801 |   Vacation Credits . . . . . . . . . . . | CCP § 704.113 |
| Health Aids . . . . . . . . . . . . . . . . . | CCP § 704.050 | Railroad Retirement Benefits . . . . . . . | 45 USC § 2281 |
| Health Insurance Benefits . . . . . . . . . | CCP § 704.130 | Railroad Unemployment | |
| Home: | |   Insurance . . . . . . . . . . . . . . . . | 45 USC § 352(e) |
|   Building Materials . . . . . . . . . | CCP § 704.030 | Relocation Benefits . . . . . . . . . . . . . | CCP § 704.180 |
|   Dwelling House . . . . . . . . . . . | CCP § 704.740 | Retirement Benefits and | |
|   Homestead . . . . . . . . . . . . . . | CCP § 704.720 |   Contributions: | |
| | CCP § 704.730 |   Private . . . . . . . . . . . . . . . . . | CCP § 704.115 |
|   Housetrailer . . . . . . . . . . . . . | CCP § 704.710 |   Public . . . . . . . . . . . . . . . . . | CCP § 704.110 |
|   Mobilehome . . . . . . . . . . . . . | CCP § 704.710 | | Ins C § 10498.5 |
| Homestead . . . . . . . . . . . . . . . . . | CCP § 704.720 | Segregated Benefit Funds . . . . . . . . | Ins C § 10498.6 |
| | CCP § 704.730 | Servicemembers Property . . . . . . . . . | 50 USC § 523(b) |
| Household Furnishings . . . . . . . . . . . | CCP § 704.020 | Social Security . . . . . . . . . . . . . . . . | 42 USC § 407 |
| Insurance: | | Social Security Direct Deposit | |
|   Disability Insurance . . . . . . . . | CCP § 704.130 |   Account . . . . . . . . . . . . . . . . | CCP § 704.080 |
|   Fraternal Benefit Society . . . . . | CCP § 704.110 | Strike Benefits . . . . . . . . . . . . . . . . | CCP § 704.120 |
|   Group Life . . . . . . . . . . . . . . | CCP § 704.100 | Student Aid . . . . . . . . . . . . . . . . . | CCP § 704.190 |
|   Health Insurance Benefits . . . . | CCP § 704.130 | Tools of Trade . . . . . . . . . . . . . . . . | CCP § 704.060 |
|   Individual . . . . . . . . . . . . . . . | CCP § 704.100 | Transit District Retirement | |
|   Insurance Proceeds— | |   Benefits (Alameda and Contra | |
|     Motor Vehicle . . . . . . . . . . | CCP § 704.010 |   Costa Counties) . . . . . . . . . . . | CCP § 704.110 |
| Irrigation System | | | Pub Util C § 25337 |
|   Retirement Benefits . . . . . . . . . | CCP § 704.110 | Travelers Check Sales Proceeds . . . . | Fin C § 1875 |
| Jewelry . . . . . . . . . . . . . . . . . . . . | | Unemployment Benefits and | |
| Judges Survivors Benefits | |   Contributions . . . . . . . . . . . . . | CCP § 704.120 |
|   (Federal) . . . . . . . . . . . . . . . | 28 USC § 376(n) | Uniforms . . . . . . . . . . . . . . . . . . . | CCP § 704.060 |
| Legislators Retirement | | Vacation Credits (Public | |
|   Benefits . . . . . . . . . . . . . . . . | CCP § 704.110 |   Employees) . . . . . . . . . . . . . . | CCP § 704.113 |
| | Govt C § 9359.3 | Veterans Benefits . . . . . . . . . . . . . . | 38 USC § 3101 |
| Licenses . . . . . . . . . . . . . . . . . | CCP § 695.060 | Veterans Medal of Honor | |
| | CCP § 720(a)(1) |   Benefits . . . . . . . . . . . . . . . . . | 38 USC § 562 |
| Lighthouse Keepers Widows | | Wages . . . . . . . . . . . . . . . . . . . . | CCP § 704.070 |
|   Benefits . . . . . . . . . . . . . . . . | 33 USC § 775 | | CCP § 706.050 |
| Longshore and Harbor Workers | | | CCP § 706.051 |
|   Compensation or Benefits . . . . . | 33 USC § 916 | Welfare Payments . . . . . . . . . . . . . | CCP § 704.170 |
| Military Benefits: | | | Welf & I C § 17409 |
|   Retirement . . . . . . . . . . . . . . | 10 USC § 1440 | Workers Compensation | |
|   Survivors . . . . . . . . . . . . . . . | 10 USC § 1450 |   Claims or Awards . . . . . . . . . . | CCP § 704.160 |
| Military Personnel—Property . . . . . . . | 50 USC § 523(b) | Wrongful Death Actions or | |
| Motor Vehicle (Including | |   Damages . . . . . . . . . . . . . . . . | CCP § 704.150 |
|   Proceeds) . . . . . . . . . . . . . . | CCP § 704.010 | | |
| | CCP § 704.060 | | |