DANIEL J. SCHACHT, #259717
daniel@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
P.O. Box 12979
Oakland, California 94604-2979
Telephone: (510) 451-0544
Facsimile: (510) 832-1486

Attorneys for Defendant
PROMIA, INCORPORATED

ELLEN A. FRIEDMAN, #127684
efriedman@friedmanspring.com
STEFANIE A. ELKINS #249839
selkins@friedmanspring.com
FRIEDMAN & SPRINGWATER LLP
Attorneys at Law
33 New Montgomery St., Suite 290
San Francisco, CA 94105
Telephone: (415) 834-3800
Facsimile: (415) 834-1044

Attorneys for Plaintiff
CAT TRAIL CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Cat Trail Capital, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Promia, Incorporated,<br><br>　　　　Defendant. | Case No. 3:10-mc-80234 CRB (JSC)<br>AMENDED<br>**STIPULATED REQUEST FOR CONTINUANCE OF ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR FOR ENFORCEMENT OF JUDGMENT**<br><br>Existing OEX Date: June 26, 2013<br>Time: 9:00 a.m.<br>Proposed OEX Date: July 11, 2013<br>Department: Room F, 15th Floor<br>Judge: Jacqueline S Corley |

DONAHUE
GALLAGHER WOODS
LLP
ATTORNEYS AT LAW
OAKLAND

STIPULATION TO CONTINUANCE    10-MC-80234 CRB (JSC)

Defendant Promia, Incorporated ("Promia") respectfully moves, by stipulation, to change time pursuant to Local Rule 6-2 to continue the currently scheduled Order for Appearance and Examination of Debtor for Enforcement of Judgment ("OEX"), set for June 26, 2013 at 9:00 a.m. in Courtroom F, 15th Floor of the U.S. District Court, 450 Golden Gate Avenue, San Francisco. The OEX orders the appearance of John Mullen, who will be traveling out of the state on behalf of Promia on June 26, 2013.

THEREFORE, Promia and defendant Cat Trail Capital, LLC, by and through their attorneys, hereby stipulate:

To the continuance of the OEX to July 11, 2013 at 9:00 a.m. in Courtroom F, 15th Floor of the U.S. District Court, 450 Golden Gate Avenue, San Francisco.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:            June 11, 2013            DONAHUE GALLAGHER WOODS LLP

By: /s/ Daniel J. Schacht
Daniel J. Schacht
Attorneys for Defendant
Promia, Incorporated

Dated:            June 11, 2013            FRIEDMAN & SPRINGWATER LLP

By: /s/ Stefanie Elkins
Stefanie A. Elkins
Attorneys for Plaintiff
Cat Trail Capital, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 12, 2013

Hon. Jacqueline S. Corley
United States ~~District~~/Magistrate Judge

THE PROPOSED ORDER IS MODIFIED AS FOLLOWS: The OEX is continued to 7/9/2013 at 9:00 a.m., Courtroom F, 450 Golden Gate in San Francisco.

- 1 -